FANNIE GOLDSTEIN, Appellant, v. GEORGE GOLDSMITH and Others, Respondents,

and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky P. J., Kapper, Hagarty, Carswell and Davis, JJ.